IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00572-PSF-PAC

B&R PLASTICS, INC., a Colorado corporation,

    Plaintiff,

v.

CAMCO MANUFACTURING, INC., a North Carolina corporation,

    Defendant.

---

### DEFENDANT'S MOTION FOR 20-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Camco Manufacturing, Inc. ("Camco"), through its undersigned attorneys, hereby requests a 20-day extension of time, up to and including May 16, 2006, in which to respond to Plaintiff's Complaint, and in support states the following:

### Certificate of Compliance with D.C.COLO.LCivR 7.1

Undersigned counsel, Elizabeth Morton, certifies that she telephoned counsel for Plaintiff, Erik Fischer, on April 26, 2006 in an attempt to confer regarding the relief requested in this motion. Mr. Fischer's assistant indicated that he is out of the office for the entire week and that he would not be able to return the call until he returned next week. No other attorney was available to confer regarding this motion.

### MOTION

    1.    Plaintiff filed the Complaint in this case on March 28, 2006 and served Camco on April 3, 2006. Thus, Camco's response to Plaintiff's Complaint was due on April 24, 2006.

On April 21, 2006, Camco filed a *pro se* motion for extension of time to respond to the Complaint, which this Court denied pursuant to an Order dated April 24. Camco just recently retained undersigned counsel to represent it in this litigation. In order to assess the case and adequately respond to the Complaint, Camco requests a 20-day extension of time, up to and including May 16, 2006, in which to respond.

2.  Notwithstanding Camco's attempt to obtain an extension *pro se,* Camco has not obtained any other extensions in this matter.

3.  This request is not made for the purposes of delay and will not prejudice any party to this action.

WHEREFORE, Defendant Camco Manufacturing, Inc. respectfully requests a 20-day extension of time, up to and including May 16, 2006, in which to respond to Plaintiff's Complaint.

Dated this 26th day of April, 2006.

                                        s/ Elizabeth Morton
                                        Gregory S. Tamkin
                                        Elizabeth Morton
                                        DORSEY & WHITNEY LLP
                                        370 17th Street, Suite 4700
                                        Denver, CO 80202-5647
                                        Telephone:   303-629-3400
                                        Facsimile:    303-629-3450
                                        E-mail:  tamkin.greg@dorsey.com
                                                  morton.lizzy@dorsey.com
                                        **ATTORNEYS FOR DEFENDANT**
                                        **CAMCO MANUFACTURING, INC.**

CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that April 26, 2006, I caused the foregoing document, titled DEFENDANT'S MOTION FOR 20-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

efischer@fischerandfischerlaw.com

and I hereby certify that on April 26, 2006, I caused the foregoing document, titled DEFENDANT'S MOTION FOR 20-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT, to be mailed, postage prepaid, to the following non-CM/ECF participant:

Lisa Bradshaw
Camco Manufacturing, Inc.
121 Landmark Drive
Greensboro, NC 27409

            s/ Elizabeth Morton
            Elizabeth Morton
            Attorneys for Defendant
            DORSEY & WHITNEY LLP
            370 Seventeenth Street, Suite 4700
            Denver, CO 80202-5647
            Telephone:  303-629-3400
            Facsimile:   303-629-3450
            E-Mail:  morton.lizzy@dorsey.com

4844-2847-9232\1