IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00572-PSF-PAC

B&R PLASTICS, INC., a Colorado corporation,

 Plaintiff,

v.

CAMCO MANUFACTURING, INC., a North Carolina corporation,

 Defendant.

---

### ORDER OF DISMISSAL

---

 This matter is before the Court on the parties' Stipulated Motion for Dismissal (Dkt. # 27).  Upon review, the Court hereby

 GRANTS the motion and ORDERS that all claims and causes of action by plalintiff against defendant contained therein, be DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

 DATED: August 1, 2006

          BY THE COURT:

          *s/ Phillip S. Figa*
          _____
          Phillip S. Figa
          United States District Judge